UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:19-cv-00924

| | |
|---|---|
| MICHAEL B. JONES, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **DEFENDANT CITY PLAZA, LLC'S** |
| CITY PLAZA, LLC, | ) **MOTION TO DISMISS** |
| T.E. JOHNSON & SONS, INC., and | ) |
| ONLINE INFOMRATION SERVICES, INC. | ) |
| Defendants. | ) |

COMES NOW Defendant City Plaza, LLC, by and through its attorneys and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby moves that this action against it be dismissed with prejudice for failure to state a claim upon which relief can be granted. The grounds for the motion are more fully explained in this Defendant's brief filed contemporaneously with this motion.

WHEREFORE, Defendant City Plaza, LLC prays that this action against it be dismissed with prejudice pursuant to Rule and 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim against it; and that the Court grant to this Defendant such other and further relief as to the Court may seem just and proper.

Respectfully submitted, this the 20th day of November, 2019.

/s/ Jack B. Bayliss, Jr.
Jack B. Bayliss, Jr. (NCSB 8637)
jbayliss@crlaw.com
Rachel S. Decker (NCSB 22020)

rsd@crlaw.com
*Attorneys for Defendant City Plaza, LLC*
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St. (27401)
Post Office Box 540
Greensboro, North Carolina 27402-0540
Telephone: 336-379-8651
Facsimile: 336-478-1175

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all parties to this action by electronically filing the same with the Clerk of Court using the CM/ECF system, which caused notification of such filing to be emailed to the following parties of record:

Jonathan R. Miller
Law Office of Jonathan R. Miller, PLLC
d/b/a Salem Community Law Office
717 S. Marshall St., Ste. 105F
Winston-Salem, NC  27101
jmiller@salemcommunitylaw.com
*Attorney for Plaintiff*

John L. Wait
Wait Law, PLLC
846 West Fourth Street
Winston-Salem, NC  27101
john@wait-law.com
*Attorney for Defendant T.E. Johnson & Sons, Inc.*

Caren D. Enloe
Smith Debnam Narron Drake
Saintsing & Myers LLP
P.O. Box 176010
Raleigh, NC  27619-6010
*Attorney for Defendant Online Information Services, Inc.*

This the 20th day of November, 2019.

/s/  Jack B. Bayliss, Jr.
Jack B. Bayliss, Jr. (NCSB 8637)
jbayliss@crlaw.com
Rachel S. Decker (NCSB 22020)
rsd@crlaw.com
*Attorneys for Defendant City Plaza, LLC*
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St. (27401)
Post Office Box 540
Greensboro, North Carolina 27402-0540
Telephone: 336-379-8651
Facsimile: 336-478-1175