IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00924

| | |
|---|---|
| MICHAEL B. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>CITY PLAZA, LLC, T.E. JOHNSON & SONS, INC., and ONLINE INFORMATION SERVICES, INC.<br><br>    Defendants. | **MOTION TO DISMISS BY DEFENDANT T.E. JOHNSON & SONS, INC.** |

    Defendant, T.E. Johnson & Sons, Inc., by counsel and pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves the Court to dismiss, with prejudice, all of Plaintiff's causes of action against it for failure to state a claim upon which relief may be granted. In the alternative, T.E. Johnson & Sons, Inc., requests that at least Plaintiff's punitive damage claim be dismissed with prejudice. T.E. Johnson & Sons, Inc., further requests any such other relief the Court may deem appropriate. An accompanying memorandum is filed herewith supporting this motion.

    Respectfully submitted, this the 20th day of November, 2019.

MARTIN & GIFFORD, PLLC

/s/ John L. Wait

John L. Wait
*Attorney for Defendant T.E. Johnson & Sons, Inc.*
State Bar No. 40152
301 N. Main St., Suite 2200
Winston-Salem, NC 27101
P: (336) 714-0333
F: (336) 714-0334
john@martingiffordlaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all parties to this action by electronically filing the same with the Clerk of Court using the CM/ECF system, which caused notification of such filing to be emailed to the following parties of record:

Law Office of Jonathan R. Miller, PLLC
d/b/a Salem Community Law Office
717 S. Marshall St., Ste. 105F
Winston-Salem, NC 27101
jmiller@salemcommunitylaw.com
*Attorney for Plaintiff*

Rachel S. Decker
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St. (27401)
Post Office Box 540
Greensboro, North Carolina 27402-0540
rsd@crlaw.com
*Attorney for Defendant City Plaza, LLC*

Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
PO Box 176010
Raleigh, NC 27619-6010
cenloe@smithdebnamlaw.com
*Attorney for Defendant Online Information Services, Inc.*

This the 20th day of November, 2019.

MARTIN & GIFFORD, PLLC

/s/ John L. Wait

John L. Wait
*Attorney for Defendant T.E. Johnson & Sons, Inc.*
State Bar No. 40152