UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:19-cv-00924

| | |
|---|---|
| MICHAEL B. JONES )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY PLAZA, LLC, T.E. JOHNSON )<br>& SONS, INC., and ONLINE )<br>INFORMATION SERVICES, INC. )<br>)<br>    Defendants. ) | **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Jack B. Bayliss, Jr. has previously entered an appearance on behalf of Defendant City Plaza, LLC and hereby gives notice of appearance on behalf of Defendant T.E. Johnson & Sons, Inc., pursuant to Local Rules 5.2 and 83.1 of the Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina, and requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

    Respectfully submitted, this the 5th day of December, 2019.

                                      /s/ Jack B. Bayliss, Jr.
                                      Jack B. Bayliss, Jr. (NCSB 8637)
                                      jbayliss@crlaw.com
                                      *Attorney for Defendants City Plaza, LLC and*
                                      *T.E. Johnson & Sons, Inc.*
                                      CARRUTHERS & ROTH, P.A.
                                      235 N. Edgeworth St. (27401)
                                      Post Office Box 540
                                      Greensboro, North Carolina 27402-0540
                                      Telephone: 336-379-8651
                                      Facsimile: 336-478-1175

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all parties to this action by electronically filing the same with the Clerk of Court using the CM/ECF system, which caused notification of such filing to be emailed to the following parties of record:

Jonathan R. Miller
Law Office of Jonathan R. Miller, PLLC
d/b/a Salem Community Law Office
717 S. Marshall St., Ste. 105F
Winston-Salem, NC 27101
jmiller@salemcommunitylaw.com
*Attorney for Plaintiff*

John L. Wait
Wait Law, PLLC
846 West Fourth Street
Winston-Salem, NC 27101
john@wait-law.com
*Attorney for Defendant T.E. Johnson & Sons, Inc.*

Caren D. Enloe
Smith Debnam Narron Drake
Saintsing & Myers LLP
P.O. Box 176010
Raleigh, NC 27619-6010
*Attorney for Defendant Online Information Services, Inc.*

This the 5th day of December, 2019.

/s/ Jack B. Bayliss, Jr.
Jack B. Bayliss, Jr. (NCSB 8637)
jbayliss@crlaw.com
*Attorney for Defendants City Plaza, LLC and T.E. Johnson & Sons, Inc.*
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St. (27401)
Post Office Box 540
Greensboro, North Carolina 27402-0540
Telephone: 336-379-8651
Facsimile: 336-478-1175