IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
C.A. No. 1:19-cv-00924-NCT-JLW

MICHAEL B. JONES,

        Plaintiff,

v.

CITY PLAZA, LLC, T.E. JOHNSON &
SONS, INC., and ONLINE INFORMATION
SERVICES, INC.

        Defendants.

## MOTION TO DISMISS

**NOW COMES** the defendant Online Information Services, Inc. ("Defendant") and, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure moves the Court to dismiss the above captioned action. The bases of Defendant's motions are set forth more particularly in the Memorandum filed contemporaneously with this motion.

**WHEREFORE,** Defendant respectfully requests the Court dismiss this action with prejudice.

This the 5th day of December, 2019.

        /s/ Caren D. Enloe
        Caren D. Enloe
        SMITH DEBNAM NARRON DRAKE SAINTSING
        & MYERS LLP
        NC State Bar No. 17394
        P.O. Box 176010
        Raleigh, NC 27619-6010
        Telephone: 919-250-2000
        Facsimile: 919-250-2124
        *Counsel for Defendant Online Information Services, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served electronically through the CM/ECF filing system upon the following:

Jonathan R. Miller
Salem Community Law Office
717 S. Marshall St., Ste. 2415
Winston-Salem, NC 27101
336-837-4437
EMAIL: jmiller@salemcommunitylaw.com
*Counsel for Plaintiff*

John L. Wait
Wait Law, PLLC
846 West Fourth Street
Winston-Salem, NC 27101
336-714-0333
EMAIL: john@martingiffordlaw.com
*Counsel for Defendant T.E. Johnson & Sons, Inc.*

Rachel S. Decker
Trish L. Barfield
Jack B. Bayliss, Jr.
Carruthers & Roth, P.A.
235 N.Edgeworth St.
Greensboro, North Carolina 27401
336-379-8651
EMAIL: rsd@crlaw.com
         tlb@crlaw.com
         jbayliss@crlaw.com
*Counsel for Defendants City Plaza, LLC & T.E. Johnson & Sons, Inc.*

This the 5th day of December, 2019.

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124
*Counsel for Defendant Online Information Services, Inc.*

2