UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL B. JONES, | |
| Plaintiff, | 19-cv-924 |
| v. | JURY TRIAL DEMANDED |
| CITY PLAZA, LLC, T.E. JOHNSON & SONS, INC., and ONLINE INFORMATION SERVICES, INC., | |
| Defendants. | |

## PLAINTIFF'S MOTION FOR EXTENSIONS OF TIME
## TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff Michael B. Jones moves the Court, under Fed. R. Civ. P. 6(b) and LR 6.1(a), for an extension of time to serve his Oppositions to Defendants' Motions to Dismiss (ECF#12, ECF#14, ECF#21), and in support thereof respectfully shows the Court:

1. That the time originally prescribed for filing and service of each such Opposition has not yet expired;

2. That Plaintiff's Oppositions to the Motions of City Plaza, LLC and T.E. Johnson & Sons, Inc. are currently due on or before December 11, 2019 and Plaintiff's Opposition to the Motion of ONLINE Information Services, Inc. is currently due on or before December 26, 2019;

3. That Plaintiff has not previously been granted extensions of time for filing his Oppositions;

1

4. That counsel for Plaintiff consulted with Defendants' counsel, who have consented to the extensions;

5. That Plaintiff's counsel needs additional time to prepare Plaintiff's Oppositions because, in recent weeks, he has traveled out-of-state multiple times for court appearances, a conference, and for the Thanksgiving holiday.

WHEREFORE, Plaintiff respectfully asks the Court to issue an order extending the time for filing his Opposition to City Plaza, LLC's Motion to Dismiss (ECF#12) an additional 16 days, up to and including December 27, 2019; extending the time for filing his Opposition to the Motion to Dismiss of T.E. Johnson & Sons, Inc. (ECF#14) an additional 16 days, up to and including December 27, 2019; and extending the time for filing his Opposition to the Motion to Dismiss of ONLINE Information Services, Inc. (ECF#21) one additional day, up to and including December 27, 2019.

This the 11th day of December, 2019.

/s/ Jonathan R. Miller
Jonathan R. Miller
N.C. State Bar No. 48224
Law Office of Jonathan Miller, LLC
449 N. Euclid Ave., Ste. 140
Saint Louis, MO 63108
Telephone: 314-582-1892
Facsimile: 314-582-1893
Email: jonathan@stlconsumerlaw.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing document will be electronically served on the following persons by the Court's CM/ECF system:

  Jack B. Bayliss, Jr.

  Rachel Scott Decker

  Trisha L. Barfield

  John L. Wait

  Caren D. Enloe

Dated:  Saint Louis, Mo.
     December 11, 2019

               /s/ Jonathan R. Miller
               Jonathan R. Miller