IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL B. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CITY PLAZA, LLC, T.E. JOHNSON ) | 1:19CV924 |
| & SONS, INC., and ONLINE ) | |
| INFORMATION SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

For the reasons explained in the Memorandum Opinion and Order filed contemporaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that Defendant Online Information Services, Inc.'s Motion to Dismiss [Doc. #21] is GRANTED IN PART as to Counts Three and Five and DENIED IN PART AS MOOT as to Count Four; Defendant City Plaza, LLC's Motion to Dismiss [Doc. #12] is DENIED AS MOOT; Defendant T.E. Johnson & Sons, Inc.'s Motion to Dismiss [Doc. #14] is DENIED AS MOOT; and Counts One, Two, and Four are dismissed without prejudice.

This the 29th day of April, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge